| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rebecca Tomilowitz, Bar 150127<br>Colmenares & Tomilowitz<br>1321 Post Avenue, Ste 201, Torrance, CA 90501<br>(310) 851-8072/(310) 851-8078<br>Email: rtomilowitz@aol.com<br><br>☒ *Attorney for: Plaintiffs*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 26 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle         DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – Los Angeles DIVISION**

| | |
|---|---|
| In re:<br><br>Jose Martinez and Maria Martinez<br><br>                                                  Debtor(s). | CASE NO.: 2:11-bk-57036 VZ<br><br>CHAPTER 13<br><br>ADVERSARY NO.: 2:12-AP-01001 VZ |
| Jose Martinez and Maria Martinez       Plaintiff(s),<br><br>vs.<br><br>Bank of America, a National Association<br><br>                                                  Defendant. | **DEFAULT JUDGMENT RE COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(a)(d), FRBP 3012]** |
| | DATE: 4/3/12<br>TIME: 1:30 PM<br>COURTROOM: 1368<br>PLACE: 255 E Temple Street, Los Angeles, CA 90012-The Edward Roybal Federal Building |

On April 3, 2012, a hearing was held to address the Debtors' Motion For Default Judgment re Complaint To Avoid Junior Lien on Real Property (the "Motion"). Plaintiff(s) moved for a determination that Defendant's claim is wholly unsecured, and to avoid the junior lien related to the deed of trust, mortgage, or other encumbrance (hereinafter, "Junior lien") encumbering the following real property ("Property"):

*Street Address: 11818 Leland Avenue*

*Unit Number: _____*

*City, State, Zip Code: Whittier, CA 90605-4057, APN: 8028-003-007*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                       Page 1                                       **F 4003-2.5.DEFAULT.JUDGMENT**

Lot 7 of Tract No. 17769, in the City of Whittier, County of Los Angeles, State of California, as per Map recorded in Book 448, Pages 8-11 of Maps, in the Office of the County Recorder of said County.  The subject junior lien of defendant was recorded on 3/6/2007, instrument no.  2007-0482908.
.

The Motion requested that judgment be entered in favor of Plaintiff(s): Jose and Maria Martinez against Defendant: Bank of America, a National Association, based on the Motion.

**Based upon the findings and conclusions made at the hearing, IT IS ORDERED THAT:**

1. The Property is valued at no more than $225,000.00.

2. Defendant's claim related to the Junior lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

3. Avoidance of Defendant's Junior lien is contingent upon Debtor's completion of the chapter 13 plan and the Debtor's receipt of a chapter 13 discharge.

4. Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, if Debtor completes the chapter 13 plan but does not receive a discharge, or if the Property is sold or refinanced prior to Debtor's receipt of chapter 13 discharge.

5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, Defendant's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

6. ☐ See attached continuation page for additional provisions.

####

DATED: April 26, 2012

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1321 Post Avenue, Ste 201 Torrance, CA 90501


A true and correct copy of the foregoing document described as **DEFAULT JUDGMENT RE COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/9/12, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 4/9/12, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed****,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/9/12 | Roberta Masterson | /s/Roberta Masterson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| *Name of 1st Lien Holder & Address* <br> Bank of America, a NA <br> Attention: Bankruptcy Dept, SV-314B <br> PO Box 5170 <br> Simi Valley, CA 93062 <br><br> Bank of America, a NA <br> Po Box 30750 <br> Los Angeles, CA 90030-0750 | Address from: <br> ☒ Proof of claim  ☐ Secretary of State <br> ☐ FDIC website  ☐ Other: billing | Delivery Method <br> ☒ US Mail <br> ☐ Certified mail – Tracking # _____ <br> ☐ Overnight mail – Tracking # _____ <br>    Carrier Name: _____ |
|---|---|---|
| *Name of 1st Lien Holder- Agent for Service of Process* <br> *Name & Address* | Address from: <br> ☐ Proof of claim  ☐ Secretary of State <br> ☐ FDIC website  ☐ Other: *specify* | Delivery Method <br> ☐ US Mail <br> ☐ Certified mail – Tracking # _____ <br> ☐ Overnight mail – Tracking # _____ <br>    Carrier Name: _____ |
| *Name of 1st Lien Holder – Servicing Agent* <br> *Name & Address* | Address from: <br> ☐ Proof of claim  ☐ Secretary of State <br> ☐ FDIC website  ☐ Other: *specify* | Delivery Method <br> ☒ US Mail <br> ☐ Certified mail – Tracking # _____ <br> ☐ Overnight mail – Tracking # _____ <br>    Carrier Name: _____ |
| *Name of 2nd Lien Holder & Address* <br> Bank of America, a NA <br> PO Box 30750 <br> Los Angeles, CA 90030-0750 <br><br> Bank of America, NA <br> 475 Crosspoint Parkway <br> PO Box 9000 <br> Getzville, NY 14068 <br><br> Bank of America, N.A. <br> PO Box 26012 <br> NC4-105-030-14 <br> Greensboro, NC 27420 <br><br> Bank of America, a NA <br> c/o Prober & Raphael, a Law Corporation <br> Joseph Garibyan, Esq. <br> Po Box 4365 <br> Woodland Hills, CA 91365-4365 | Address from: <br> ☐ Proof of claim  ☐ Secretary of State <br> ☐ FDIC website  ☒ Other: billing statement | Delivery Method <br> ☒ US Mail <br> ☐ Certified mail – Tracking # _____ <br> ☐ Overnight mail – Tracking # _____ <br>    Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*      Page 4      **F 4003-2.5.DEFAULT.JUDGMENT**

| | | |
|---|---|---|
| *Name of 2nd Lien Holder- Agent for Service of ProcessName & Address*<br>Agent for Service of Process:<br>Bank of America, a N.A.<br>c/o : CT Corporate System<br>818 West 7th Street<br>Los Angeles, CA 90017<br><br>Mr. Joe Price, CFO<br>Bank of America Corporation<br>100 N Tryon Street<br>Charlotte, NC 28255 | Address from:<br>☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>   Carrier Name: _____ |

| | | |
|---|---|---|
| *Name of 3rd Lien Holder & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>   Carrier Name: _____ |
| *Name of 3rd Lien Holder- Agent for Service of Process*<br>*Name & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>   Carrier Name: _____ |
| *Name of 3rd Lien Holder – Servicing Agent*<br>*Name & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>   Carrier Name: _____ |

| | | |
|---|---|---|
| | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: bill | Delivery Method<br>☒ US Mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>   Carrier Name: _____ |
| | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **DEFAULT JUDGMENT RE COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, 2012, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy K Curry (TR)    ecfnc@trustee13.com
- Rebecca Tomilowitz    Rtomilowitz@aol.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Jose and Maria Martinez:  11818 Leland Avenue, Whittier, CA  90605

☐    Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 6    **F 4003-2.5.DEFAULT.JUDGMENT**